JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

J. GUADALUPE MARTINEZ-HIGUERA,

                Plaintiff,

      v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant.

Case No.  ED CV 15-00705-RAO

**JUDGMENT OF REMAND**

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: December 30, 2015

_____

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE